# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ruiz Valdivia Fernando Moises, | No. CV-26-03075-PHX-KML (MTM) |
| Petitioner, | **ORDER** |
| v. | |
| Luis Rosa, Jr., | |
| Respondent. | |

Petitioner challenged his present immigration detention, arguing he was released from immigration detention, redetained without due process, and has been held in immigration detention for 22 months. (Doc. 1.) The court directed respondents to respond to the petition. (Doc. 5.) Respondents' response stated:

> Respondents do not have sufficient information to oppose this habeas petition and therefore do not oppose it, nor do Respondents oppose Petitioner's release from custody at this time.

(Doc. 10.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for release from custody.

**IT IS THEREFORE ORDERED** petitioner's petition for writ of habeas corpus (Doc. 1) is **granted** as to his request for release from custody. The remainder of the petition is denied as moot.

**IT IS FURTHER ORDERED** respondents must immediately release petitioner from custody.

**IT IS FURTHER ORDERED** respondents must provide a notice of compliance

within two business days of petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the clerk of court shall enter judgment in petitioner's favor and close this case.

Dated this 2nd day of June, 2026.

_____
**Honorable Krissa M. Lanham**
**United States District Judge**